IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNN LAFIANDRA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| ACCENTURE LLP, | : | NO. 21-3261 |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

# ORDER

AND NOW, this 31st day of October 2023, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 51) and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that such Motion is **GRANTED** for the reasons set forth in this Court's accompanying Memorandum.

It is **FURTHER ORDERED** that, upon consideration of Plaintiff's Motion to Strike Affidavits (contained within ECF No. 56) and all papers submitted in support thereof and in opposition thereto, such Motion is **DENIED**. Defendant's Motion to Exclude Plaintiff's Experts' Proposed Testimony (ECF No. 66) and Plaintiff's Motions in Limine (ECF Nos. 67 & 68) are **DENIED as MOOT**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**